STATE EX REL. WINTER, Plaintiff in Error, vs. FISCHER, Sheriff, Defendant in Error.*

*February 23—March 8, 1948.*

For the plaintiff in error there was a brief by *Curkeet & Curkeet* of Madison, and oral argument by *William R. Curkeet, Sr.*, and *William R. Curkeet, Jr.*

For the defendant in error there was a brief by *William S. Kaplan* of Chicago, Illinois, and *Ralph W. G. Wyckoff* of

---

* Motion for rehearing denied, without costs, on May 11, 1948.

Madison, attorneys, and *John P. Boesel* of Madison of counsel, and oral argument by *Mr. Wyckoff* and *Mr. Boesel.*

ROSENBERRY, C. J.    This case is governed by companion case *Woods v. Winter, ante,* p. 240, 31 N. W. (2d) 504, which is decided herewith.    It appearing that the court which committed the relator for contempt was without jurisdiction so to do for the reason stated in the companion case, the court was in error in denying the petition and quashing the writ.

*By the Court.*—The order denying the petition and quashing the writ is reversed, and the cause is remanded to the trial court with directions to discharge the relator.